IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

UNITED STATES OF AMERICA §
§
V. § NO. 4:21-CR-289-Y (01)
§
HOLLIS MORRISON GREENLAW §

**ENTRY OF APPEARANCE OF COUNSEL**

_X_I wish to enter my appearance as retained/ *lead* counsel for the above-named defendant(s) in this cause.

_____I hereby enter my appearance as appointed counsel for the above-named defendant(s) in this cause.

I understand that it is my duty to continue to represent the above-named defendant(s) in connection with all matters relating to this cause, and in connection with all proceedings therein in this Court; to assist the defendant(s) with any appeal which the defendant(s) desires to perfect, and to represent the defendant(s) on appeal until a final judgment has been entered; unless and until, after written motion filed by me, I am relieved by Order of the Court.

In all cases an arraignment is scheduled promptly after the return or filing of an indictment or information, at which time the defendant must enter a plea. Your attention is directed to Rule 12 Federal Rules of Criminal Procedure, pertaining to pretrial motions.

DATED: October 19, 2021

Paul E Pelletier
Law Offices of Paul E Pelletier
3500 Morningside Drive
Fairfax, VA 22031
PH: 202-617-9151
pepelletier3@gmail.com