1          THE UNITED STATES DISTRICT COURT
        FOR THE NORTHERN DISTRICT OF TEXAS
2                 FORT WORTH DIVISION

3

4   UNITED STATES OF AMERICA, )
                              )
5        Government,          ) CASE NO. 4:21-cr-289-O
                              )
6   VS.                       ) FORT WORTH, TEXAS
                              )
7   HOLLIS MORRISON GREENLAW  )
    (1), BENJAMIN LEE WISSINK )
8   (2), CARA DELIN OBERT (3),)
    JEFFREY BRANDON JESTER     )
9   (4),                      )
                              )
10       Defendants.          )

11

12

13                 January 21, 2022

14                     VOLUME 9
              TRANSCRIPT OF JURY TRIAL
15      BEFORE THE HONORABLE REED C. O'CONNOR
         UNITED STATES DISTRICT COURT JUDGE

16

17

18

19

20

21

22

23

24

25

UNITED STATES vs HOLLIS MORRISON GREENLAW (1)

4:21-cr-289-O                        Vol 9 January 21, 2022                        Page 1603

```
 1

 2    A P P E A R A N C E S:

 3    FOR THE GOVERNMENT:

 4            TIFFANY EGGERS, ESQ.
              RACHAEL JONES, ESQ.
 5            ELYSE LYONS, ESQ.
              ASSISTANT UNITED STATES ATTORNEYS
 6            NORTHERN DISTRICT OF TEXAS
              801 Cherry Street, Suite 1700
 7            Fort Worth, Texas  76102
              Telephone:  817.252.5200

 8

 9    FOR THE DEFENDANT GREENLAW:

10            PAUL PELLETIER, ESQ.
              3500 Morningside Drive
11            Fairfax, Virginia 22031
              Telephone:  (202)617-9151

12

13            ROSE ROMERO, ESQ.
              ROMERO KOZUB
14            325 NE Loop 820, Suite 310
              Hurst, Texas 76053
15            Telephone:  (682)267-1351

16

17    FOR THE DEFENDANT WISSINK:

18            GUY A. LEWIS, ESQ.
              LAW OFFICES OF GUY A. LEWIS, PLLC
19            12575 SW 67th Street
              Pinecrest, Florida   33156
20            Telephone:  (305)442.1101

21

22

23

24

25
```

UNITED STATES vs HOLLIS MORRISON GREENLAW (1)

4:21-cr-289-O                    Vol 9 January 21, 2022                    Page 1604

```
 1    FOR THE DEFENDANT OBERT:

 2
              NEAL J. STEPHENS, ESQ.
 3            KELSEY DAVIDSON
              JONES DAY
 4            1744 Embarcadero Road
              Palo Alto, California
 5            Telephone:  (650)739.3939

 6

 7    FOR THE DEFENDANT JESTER:

 8            JEFFREY J. ANSLEY, ESQ.
              ARIANNA GOODMAN, ESQ.
 9            VEDDER PRICE
              100 Crescent Court, Suite 350
10            Dallas, Texas
              Telephone:  (469)895.4780
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                          **I N D E X**

2

3

4     **VERDICT** .................................. **1611**

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                      **E X H I B I T S**

2    **GOVERNMENT EXHIBITS**

3      **None in this volume.**

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**DEFENSE EXHIBITS**

None in this volume.

UNITED STATES vs HOLLIS MORRISON GREENLAW (1)

4:21-cr-289-O                    Vol 9 January 21, 2022                    Page 1608

```
 1                    P R O C E E D I N G S
 2          (The following proceedings were had outside the
 3          presence of the jury.)
 4               THE COURT:  Okay.  Are you all ready?
 5               MR. STEPHENS:  Yes, sir.
 6               THE COURT:  All right.  And then Mr. Wissink is
 7   not here?
 8               MR. LEWIS:  No.
 9               THE COURT:  And that's excused.
10               MR. LEWIS:  Yes, sir.
11               THE COURT:  All right.  So we got everybody we
12   need then.  So the second jury note, as you all have read,
13   for the record, the jury has indicated that they can't reach
14   a verdict.  So what does the government propose we should
15   do?
16               MS. EGGERS:  Your Honor, if the Court's prepared
17   to, I don't know if it's time for an Allen charge or not
18   with that kind of a note.  I mean, obviously, the Court can
19   only give an Allen charge once.  Can't do it twice and you
20   can't do a partial one later.
21               I mean, I've tried a lot of fraud cases, and I've
22   had fraud cases take a week to come back and I've had them
23   come back in a day.  So I think this is still pretty quick
24   to get to that point.
25               The question was, what does the government
```

 1  propose?  Either have them continue deliberating or have

 2  then come in and do the Allen charge.

 3          THE COURT:  Okay.  Are you taking the lead?

 4          MR. STEPHENS:  Yes, sir, your Honor.  The

 5  defendants' position is for the Court to instruct them to

 6  continue to deliberate.

 7          THE COURT:  And so you would propose I send back a

 8  note that says what?

 9          MR. STEPHENS:  That they should continue to

10  deliberate.  And then, if another note comes back out, then

11  maybe that's the point to do an Allen charge.

12          THE COURT:  All right.  And so I would say to

13  them, in response to your note -- we've received your note

14  and in response to your note, you are instructed to continue

15  to deliberate in an attempt to reach a verdict if you can do

16  so?

17          MR. STEPHENS:  Correct.

18          MR. LEWIS:  Yes.

19          MR. PELLETIER:  Yes.

20          MS. GOODMAN:  Yes.

21          THE COURT:  What do you say to that?

22          MS. EGGERS:  That's fine, your Honor.  Yes.

23          THE COURT:  Okay.  Here, give that to them.  Okay.

24  Send that back?

25          MS. EGGERS:  Yes, sir.

UNITED STATES vs HOLLIS MORRISON GREENLAW (1)
4:21-cr-289-O                     Vol 9 January 21, 2022                     Page 1610

1              MR. STEPHENS:  Yes, sir.

2              THE COURT:  Okay.  I'll sign it then.  Okay.

3    Well, they seem to be working very hard.  So we will wait to

4    see what comes next.  Thank you all.

5         (The proceedings adjourned at 2:40 p.m.)

6         (The proceedings reconvened at 5:38 p.m.)

7              THE COURT:  Okay.  Please be seated.  All right.

8    The jury has reached a verdict.  So let's bring them on

9    down.

10        (The jury was brought into court.)

11             THE COURT:  So thank you all very much, ladies and

12   gentlemen, for all of your hard work.  I'm really grateful

13   to you.  I appreciate all have your hard work.  It's obvious

14   how hard you all have worked over the last week and a half

15   or however long it's been.  So thank you all very much for

16   that.

17             Now, madam foreperson, if I could ask you, please,

18   has the jury reached a unanimous verdict?

19             THE FOREPERSON:  Yes, sir, we have.

20             THE COURT:  And as it relates to that verdict, has

21   the jury reached a unanimous verdict on each and every

22   individual count as to each and every individual defendant?

23             THE FOREPERSON:  Yes, sir, we have.

24             THE COURT:  And is the answer to those questions

25   what you have written here in the document?

1          THE FOREPERSON:  Yes, sir.

2          THE COURT:  And is this your signature here on the

3   last page that's dated today January 21st, 2022?

4          THE FOREPERSON:  It is.

5          THE COURT:  Okay.  Thank you.  You may be seated.

6   Now, in a moment I'm going to ask the defendants to please

7   stand with their counsel, and I'm going to read off the

8   verdict.

9          So, ladies and gentlemen, what I want you to do is

10  listen to what I announce the verdict to be.  And then I'm

11  going to, after that is over, I'm going to come back and ask

12  you all individually if this is your individual verdict.

13         As I do, I will just go down the row and come up

14  the back row, just say yes if it is, say no, if it is not.

15         So if I could ask you all to please stand.

16         And the verdict is as follows:  As it relates to

17  Count I, the jury has answered guilty as to each defendant

18  on all counts.  And has answered the question, the special

19  issue related to financial institution, yes.

20         As to Count II, the jury has answered guilty as to

21  all defendants and on all counts.

22         On Count III, the jury has answered guilty as to

23  all defendants on all counts.

24         Count IV, the jury has answered guilty as to all

25  defendants on all counts.

UNITED STATES vs HOLLIS MORRISON GREENLAW (1)
4:21-cr-289-O                          Vol 9 January 21, 2022                    Page 1612

```
 1              Count V, the jury has answered guilty as to all
 2    defendants on all counts.
 3              Count VI, the jury has answered guilty on all
 4    counts as to all defendants.
 5              Count VII, the jury has answered guilty on all
 6    counts as to all defendants.
 7              On Count VIII, the jury has answered guilty on all
 8    counts as to all defendants.
 9              On Count IX, the jury has answered guilty as to
10    all defendants on all counts.
11              And Count X, the jury has answered guilty as to
12    all defendants on all counts.
13              And again, as I say, it has been signed by our
14    foreperson.  So you all may be seated.
15              If this is your individual verdict.  And as I
16    said, if it is, please say yes.  If it is not, then we need
17    to hear you to say no.  And we'll just start here in the
18    front and work down the aisle.
19              THE JUROR:  Yes.
20              THE JUROR:  Yes.
21              THE JUROR:  Yes.
22              THE JUROR:  Yes.
23              THE JUROR:  Yes.
24              THE JUROR:  Yes.
25              THE JUROR:  Yes.
```

1          THE JUROR:  Yes.

2          THE JUROR:  Yes.

3          THE JUROR:  Yes.

4          THE JUROR:  Yes.

5          THE JUROR:  Yes.

6          THE COURT:  Okay.  Thank you.  Then I will ask

7    that our courtroom deputy file this in the official records

8    of the court.

9          Ladies and gentlemen, this concludes your service.

10   And as I've told you many times, told you just a moment ago,

11   I can't thank you enough for all of the work that you have

12   done.

13          Jury service is a very, very hard and difficult

14   service, and we sometimes take it for granted as we watch

15   news reports of cases around the country.  And we hear a

16   result, whether it's a guilty verdict or not guilty verdict,

17   we think, what's that jury doing, why did they reach that

18   decision?

19          I hope that you have a new appreciation for how

20   difficult it is and how tied to specific facts and specific

21   instructions on the law these cases are.  It's very hard

22   from outside, from not being intimately familiar with the

23   details of particular cases to know what goes on in a jury

24   room.

25          And the back and forth that can take place during

 1   deliberations.  And it's very, very hard work, but it's

 2   very, very important to our system.  In fact, it's critical,

 3   the linchpin of our system, because no person can be

 4   convicted of any crime in this country just on the say-so of

 5   the government.  It's really the bulwark of our freedom that

 6   the government has to go through a jury of a person's peers,

 7   selected randomly throughout the community to come in and to

 8   perform that.

 9           So as the days and weeks and months go by as you

10   reflect on your service and remember how difficult this was,

11   long hours, even on the days we ended early, it seemed like

12   our early was late, that you all put in that kind of effort

13   and I cannot thank you enough for your sacrifice.

14           I hope that as you think about this, you

15   understand and appreciate the fact that you performed a

16   service that was envisioned hundreds of years ago and

17   enshrined in our documents, and that you've given life to

18   that provision of the Constitution that guarantees the right

19   to a trial by jury.

20           So thank you all very much.  I ordinarily would

21   come back and thank you in person, but that would require

22   you to wait for me to get up there because I have more

23   business to take care of here.  I don't want to keep you any

24   longer.

25           So I'm going to ask our courtroom deputy to come

1    up to answer any final questions you may have about

2    anything, reinstatements, parking, anything like that, she

3    can answer those questions.

4             And then we will get you out of the building to go

5    on your way, but please understand that I'm very, very

6    thankful for all of your work.  So if everybody will please

7    rise as our jury exits the courtroom.  Thank you all very

8    much.

9        (The following proceedings were had outside the

10           presence of the jury.)

11            THE COURT:  Okay.  You all can be seated.  Let's

12    talk about how the case will go forward from here.  Now, a

13    presentence will be prepared in connection with your case to

14    assist in sentencing, and you will be asked to give

15    information for that report.

16            Your attorney will be with you during this

17    interview with the probation department.  And if at any time

18    you want talk to your attorney in private about any of the

19    questions that are being asked of you during your interview,

20    feel free to ask to speak to your attorney in private.

21            Your attorney will advise you on your obligations

22    to be truthful during the interview process and what may

23    happen if you're not truthful during that interview process.

24            The probation officer will then prepare a report

25    known as a presentence report which will have all of the

UNITED STATES vs HOLLIS MORRISON GREENLAW (1)
4:21-cr-289-O                    Vol 9 January 21, 2022                    Page 1616

1    information in that document about this case and about you

2    individually, your background, and other important

3    information.

4            They will put that together, as I say, in a

5    report, and that document will be made available to you well

6    before your sentencing hearing.

7            So when that document comes out, please review it

8    carefully.  If you have any objections to any of the

9    information contained in that report, if that report has

10   information in it that you believe is erroneous, or

11   incomplete in some way, then let your attorney know and your

12   attorney will use his or her best professional judgment to

13   determine how to resolve those issues.

14           If your attorney is unable to resolve those issues

15   in advance of your sentencing hearing then I would resolve

16   those issues here in open court at the date and time for

17   your sentencing.

18           The date and time for your sentencing will be

19   before me in this courtroom on May 20, 2022.  And your

20   presentence report is due to be disclosed on or about

21   March 14, 2022.

22           Now, I will set in each of your individual cases,

23   a detention hearing for Monday at 2 p.m.  And it will

24   probably be in this courtroom, but we'll determine that

25   between now and then.  But until then, you are going to go

UNITED STATES vs HOLLIS MORRISON GREENLAW (1)
4:21-cr-289-O                    Vol 9 January 21, 2022                    Page 1617

 1   into custody with the marshal tonight.

 2            Anything else we should take up from the

 3   government?

 4            MS. EGGERS:  No, your Honor.

 5            THE COURT:  Anything else from the defense?

 6            MR. STEPHENS:  Your Honor, I would ask the Court,

 7   and I understand your order that you just made, but under 18

 8   U.S.C. 3143 to please allow the four individuals to remain

 9   out pending sentencing.

10            They have made all of their appearances in the

11   case.  The matter has been under investigation for six

12   years.  They have been aware of that.  They've always showed

13   up.  They have no prior criminal history.

14            I don't see them as either a risk of flight or a

15   danger to the community.  I would beg the Court to please

16   allow these people to be able to come in on Monday and have

17   the detention hearing that the Court wants, but to be able

18   to get their affairs in order and stay out pending that.

19            THE COURT:  Okay.  That will be denied.  I mean,

20   they may very well be released.  The magistrate judge will

21   make that determination.  I do not have a pretrial report in

22   front of me.  I don't even know the magistrate judge who

23   heard this case.  So I don't have enough information to make

24   that decision now.

25            I don't know much about their backgrounds, but I

UNITED STATES vs HOLLIS MORRISON GREENLAW (1)
4:21-cr-289-O                    Vol 9 January 21, 2022                    Page 1618

 1    will get them a detention hearing on Monday.  And if there's

 2    no magistrate judge available to hear the detention hearing,

 3    then I will hear the detention hearing myself.  So that will

 4    be denied.

 5            Anything else?

 6            MR. PELLETIER:  Your Honor --

 7            THE COURT:  Yes.

 8            MR. PELLETIER:  -- my client has heart medicine

 9    and that he needs for himself.  And I think Mr. -- we're

10    willing to post whatever bond might be possible to allow the

11    Court to let them out.  We'll do ankle monitoring, we'll do

12    whatever it takes to be here on Monday, absent custody.

13            THE COURT:  Okay.  That will be denied.  We will

14    take it all up on Monday.  If they do have medication, I'm

15    sure the marshal has a protocol to get that medication to

16    them.  So just touch base with the marshal.  This is not --

17    they handle this will all the time.

18            Anything else?  Okay.  Then we are in recess.

19    Thank you all.

20        (The jury trial proceedings concluded at 5:51 p.m.)

21

22

23

24

25

 1

 2

 3                     REPORTER'S CERTIFICATE

 4

 5      I, ZOIE WILLIAMS, RMR, RDR, FCRR, certify that

 6  the foregoing is a true and correct transcript from

 7  the record of proceedings in the foregoing entitled

 8  matter to the best of my ability to hear.

 9      Further, due to the COVID-19 pandemic, some

10  participants were wearing masks, and/or appeared via

11  videoconferencing, so the proceedings were transcribed to

12  the best of my ability.

13      I further certify that the transcript fees format

14  comply with those prescribed by the Court and the Judicial

15  Conference of the United States.

16      Signed this 22nd day of January, 2022.

17

18                      ___/s/ Zoie Williams_____
                        Zoie Williams, RMR, RDR, FCRR
19                        Official Court Reporter
                         Northern District of Texas
20                          Fort Worth Division

21  Business Address:    501 W. 10th Street, Room 532
                         Fort Worth, Texas 76102
22                       zwilliams.rmr@gmail.com
                         817.850.6630
23

24

25

**1**

**14**  1616:21

**18**  1617:7

**2**

**2**  1616:23

**20**  1616:19

**2022**  1611:3 1616:19,21

**21st**  1611:3

**2:40**  1610:5

**3**

**3143**  1617:8

**5**

**5:38**  1610:6

**5:51**  1618:20

**A**

**absent**  1618:12

**adjourned**  1610:5

**advance**  1616:15

**advise**  1615:21

**affairs**  1617:18

**aisle**  1612:18

**Allen**  1608:17,19 1609:2,11

**ankle**  1618:11

**announce**  1611:10

**appearances**  1617:10

**appreciation**  1613:19

**assist**  1615:14

**attempt**  1609:15

**attorney**  1615:16,18, 20,21 1616:11,12,14

**aware**  1617:12

**B**

**back**  1608:22,23 1609:7,10,24 1611:11, 14 1613:25 1614:21

**background**  1616:2

**backgrounds**  1617:25

**base**  1618:16

**beg**  1617:15

**bond**  1618:10

**bring**  1610:8

**brought**  1610:10

**building**  1615:4

**bulwark**  1614:5

**business**  1614:23

**C**

**care**  1614:23

**carefully**  1616:8

**case**  1615:12,13 1616:1 1617:11,23

**cases**  1608:21,22 1613:15,21,23 1616:22

**charge**  1608:17,19 1609:2,11

**client**  1618:8

**community**  1614:7 1617:15

**concluded**  1618:20

**concludes**  1613:9

**connection**  1615:13

**Constitution**  1614:18

**contained**  1616:9

**continue**  1609:1,6,9,14

**convicted**  1614:4

**Correct**  1609:17

**counsel**  1611:7

**count**  1610:22 1611:17, 20,22,24 1612:1,3,5,7, 9,11

**country**  1613:15 1614:4

**counts**  1611:18,21,23, 25 1612:2,4,6,8,10,12

**court**  1608:4,6,9,11,18 1609:3,5,7,12,21,23 1610:2,7,10,11,20,24 1611:2,5 1613:6,8 1615:11 1616:16 1617:5,6,15,17,19 1618:7,11,13

**Court's**  1608:16

**courtroom**  1613:7 1614:25 1615:7 1616:19,24

**crime**  1614:4

**criminal**  1617:13

**critical**  1614:2

**custody**  1617:1 1618:12

**D**

**danger**  1617:15

**date**  1616:16,18

**dated**  1611:3

**day**  1608:23

**days**  1614:9,11

**decision**  1613:18 1617:24

**defendant**  1610:22 1611:17

**defendants**  1611:6,21, 23,25 1612:2,4,6,8,10, 12

**defendants'**  1609:5

**defense**  1617:5

**deliberate**  1609:6,10, 15

**deliberating**  1609:1

**deliberations**  1614:1

**denied**  1617:19 1618:4, 13

**department**  1615:17

**deputy**  1613:7 1614:25

**details**  1613:23

**detention**  1616:23 1617:17 1618:1,2,3

**determination** 1617:21

**determine**  1616:13,24

**difficult**  1613:13,20 1614:10

**disclosed**  1616:20

**document**  1610:25 1616:1,5,7

**documents**  1614:17

**due**  1616:20

**E**

**early**  1614:11,12

**effort**  1614:12

**EGGERS**  1608:16 1609:22,25 1617:4

**ended**  1614:11

**enshrined**  1614:17

**envisioned**  1614:16

**erroneous**  1616:10

**excused**  1608:9

**exits**  1615:7

**F**

**fact**  1614:2,15

**facts**  1613:20

**familiar**  1613:22

**feel**  1615:20

**file**  1613:7

**final**  1615:1

**financial**  1611:19

**fine**  1609:22

**flight**  1617:14

Case 4:21-cr-00289-O    Document 309    Filed 01/29/22    Page 20 of 21    PageID 13520
UNITED STATES vs HOLLIS MORRISON GREENLAW (1)
4:21-cr-289-O                    Vol 9 January 21, 2022         Index: foreperson..prepared

foreperson 1610:17, 19,23 1611:1,4 1612:14

forward 1615:12

fraud 1608:21,22

free 1615:20

freedom 1614:5

front 1612:18 1617:22

**G**

gentlemen 1610:12 1611:9 1613:9

give 1608:19 1609:23 1615:14

GOODMAN 1609:20

government 1608:14, 25 1614:5,6 1617:3

granted 1613:14

grateful 1610:12

guarantees 1614:18

guilty 1611:17,20,22,24 1612:1,3,5,7,9,11 1613:16

**H**

half 1610:14

handle 1618:17

happen 1615:23

hard 1610:3,12,13,14 1613:13,21 1614:1

hear 1612:17 1613:15 1618:2,3

heard 1617:23

hearing 1616:6,15,23 1617:17 1618:1,2,3

heart 1618:8

history 1617:13

Honor 1608:16 1609:4, 22 1617:4,6 1618:6

hope 1613:19 1614:14

hours 1614:11

hundreds 1614:16

**I**

II 1611:20

III 1611:22

important 1614:2 1616:2

incomplete 1616:11

individual 1610:22 1611:12 1612:15 1616:22

individually 1611:12 1616:2

individuals 1617:8

information 1615:15 1616:1,3,9,10 1617:23

institution 1611:19

instruct 1609:5

instructed 1609:14

instructions 1613:21

interview 1615:17,19, 22,23

intimately 1613:22

investigation 1617:11

issue 1611:19

issues 1616:13,14,16

IV 1611:24

IX 1612:9

**J**

January 1611:3

judge 1617:20,22 1618:2

judgment 1616:12

JUROR 1612:19,20,21, 22,23,24,25 1613:1,2,3, 4,5

jury 1608:3,12,13 1610:8,10,18,21 1611:17,20,22,24 1612:1,3,5,7,9,11

1613:13,17,23 1614:6, 19 1615:7,10 1618:20

**K**

kind 1608:18 1614:12

**L**

ladies 1610:11 1611:9 1613:9

late 1614:12

law 1613:21

lead 1609:3

LEWIS 1608:8,10 1609:18

life 1614:17

linchpin 1614:3

listen 1611:10

long 1610:15 1614:11

longer 1614:24

lot 1608:21

**M**

madam 1610:17

made 1616:5 1617:7,10

magistrate 1617:20,22 1618:2

make 1617:21,23

March 1616:21

marshal 1617:1 1618:15,16

matter 1617:11

medication 1618:14, 15

medicine 1618:8

moment 1611:6 1613:10

Monday 1616:23 1617:16 1618:1,12,14

monitoring 1618:11

months 1614:9

**N**

news 1613:15

note 1608:12,18 1609:8,10,13,14

**O**

objections 1616:8

obligations 1615:21

obvious 1610:13

officer 1615:24

official 1613:7

open 1616:16

order 1617:7,18

ordinarily 1614:20

**P**

p.m. 1610:5,6 1616:23 1618:20

parking 1615:2

partial 1608:20

peers 1614:6

PELLETIER 1609:19 1618:6,8

pending 1617:9,18

people 1617:16

perform 1614:8

performed 1614:15

person 1614:3,21

person's 1614:6

place 1613:25

point 1608:24 1609:11

position 1609:5

post 1618:10

prepare 1615:24

prepared 1608:16 1615:13

UNITED STATES vs HOLLIS MORRISON GREENLAW (1)
4:21-cr-289-O                                Vol 9 January 21, 2022                    Index: presence..years

**presence** 1608:3
1615:10

**presentence** 1615:13,
25 1616:20

**pretrial** 1617:21

**pretty** 1608:23

**prior** 1617:13

**private** 1615:18,20

**probation** 1615:17,24

**proceedings** 1608:2
1610:5,6 1615:9
1618:20

**process** 1615:22,23

**professional** 1616:12

**propose** 1608:14
1609:1,7

**protocol** 1618:15

**provision** 1614:18

**put** 1614:12 1616:4

_____

                Q

**question** 1608:25
1611:18

**questions** 1610:24
1615:1,3,19

**quick** 1608:23

_____

                R

**randomly** 1614:7

**reach** 1608:13 1609:15
1613:17

**reached** 1610:8,18,21

**read** 1608:12 1611:7

**ready** 1608:4

**received** 1609:13

**recess** 1618:18

**reconvened** 1610:6

**record** 1608:13

**records** 1613:7

**reflect** 1614:10

**reinstatements**
1615:2

**related** 1611:19

**relates** 1610:20
1611:16

**released** 1617:20

**remain** 1617:8

**remember** 1614:10

**report** 1615:15,24,25
1616:5,9,20 1617:21

**reports** 1613:15

**require** 1614:21

**resolve** 1616:13,14,15

**response** 1609:13,14

**result** 1613:16

**review** 1616:7

**rise** 1615:7

**risk** 1617:14

**room** 1613:24

**row** 1611:13,14

_____

                S

**sacrifice** 1614:13

**say-so** 1614:4

**seated** 1610:7 1611:5
1612:14 1615:11

**selected** 1614:7

**send** 1609:7,24

**sentencing** 1615:14
1616:6,15,17,18 1617:9

**service** 1613:9,13,14
1614:10,16

**set** 1616:22

**showed** 1617:12

**sign** 1610:2

**signature** 1611:2

**signed** 1612:13

**sir** 1608:5,10 1609:4,25

1610:1,19,23 1611:1

**speak** 1615:20

**special** 1611:18

**specific** 1613:20

**stand** 1611:7,15

**start** 1612:17

**stay** 1617:18

**STEPHENS** 1608:5
1609:4,9,17 1610:1
1617:6

**system** 1614:2,3

_____

                T

**takes** 1618:12

**taking** 1609:3

**talk** 1615:12,18

**thankful** 1615:6

**tied** 1613:20

**time** 1608:17 1615:17
1616:16,18 1618:17

**times** 1613:10

**today** 1611:3

**told** 1613:10

**tonight** 1617:1

**touch** 1618:16

**trial** 1614:19 1618:20

**truthful** 1615:22,23

_____

                U

**U.S.C.** 1617:8

**unable** 1616:14

**unanimous** 1610:18,
21

**understand** 1614:15
1615:5 1617:7

_____

                V

**verdict** 1608:14
1609:15 1610:8,18,20,

21 1611:8,10,12,16
1612:15 1613:16

**VI** 1612:3

**VII** 1612:5

**VIII** 1612:7

_____

                W

**wait** 1610:3 1614:22

**watch** 1613:14

**week** 1608:22 1610:14

**weeks** 1614:9

**Wissink** 1608:6

**work** 1610:12,13
1612:18 1613:11
1614:1 1615:6

**worked** 1610:14

**working** 1610:3

**written** 1610:25

_____

                Y

**years** 1614:16 1617:12